# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 20 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR755-BTM |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| LUIS GERARDO GUTIERREZ-GONZALEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21USC952 AND 960 - IMPORTATION OF MARIJUANA

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 19, 2012

Jan M. Adler
U.S. Magistrate Judge